## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL PARSHALL, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>ENTEGRA FINANCIAL CORP., ROGER D. PLEMENS, RONALD D. BEALE, LOUIS E. BUCK JR., ADAM W. BURRELL, R. MATTHEW DUNBAR, CHARLES M. EDWARDS, CRAIG A. FOLWER, JAMES M. GARNER, FRED H. JONES, BEVERLY W. MASON, DOUGLAS W. KROSKE, FIRST CITIZENS BANCSHARES, INC., FIRST-CITIZENS BANK & TRUST COMPANY, and FC MERGER SUBSIDIARY VII, INC.,<br><br>    Defendants. | Case No. 1:19-cv-01152-CFC |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Paul Parshall ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice to the putative class. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: July 31, 2019

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
    Brian D. Long (#4347)
    Gina M. Serra (#5387)
    300 Delaware Avenue, Suite 1220
    Wilmington, DE 19801
    Telephone: (302) 295-5310
    Facsimile: (302) 654-7530
    Email: bdl@rl-legal.com
    Email: gms@rl-legal.com

    *Attorneys for Plaintiff*